**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Trisha Geist-Miller, | Court File No.: 05-1177(DWF/JSM) |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| Ron Mitchell and<br>Sun Place Tanning Studios, Inc., | |
| Defendants. | |

---

Based on the stipulation of counsel for the parties to extend the briefing schedule relative to the Defendant's Motion for Summary Judgment, the Court makes the following:

1. The briefing schedule as set forth by the Court on Defendant's Motion for Summary Judgment be extended as follows:

    a. Any opposition to said motion shall be provided on or before September 20, 2006, by noon CDT;

    b. Any reply memorandum shall be provided on or before September 29, 2006, by noon CDT.

    c. All motion papers containing materials over 2" shall be 3 hole punched, tabbed and indexed. Two courtesy copies are to be provided to Honorable Michael J. Davis.

    **IT IS SO ORDERED.**

Dated: September 8, 2006              s / Michael J. Davis
                                      MICHAEL J. DAVIS
                                      United States District Court Judge